

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2019

No. 04-18-00505-CR

Richard Alcorta **GARZA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B15467
Honorable Rex Emerson, Judge Presiding

# O R D E R

The State's brief was originally due to be filed on December 12, 2018. On December 12, 2018, the State filed its first motion for extension of time, requesting an additional 45 days to file the brief. We granted the motion and ordered the brief filed on or before January 28, 2019. On January 25, 2018, the State filed its second motion for extension of time, requesting an additional 30 days to file the brief. The motion is granted. The brief is due no later than February 27, 2019. Further requests for extension of time will not be granted absent extraordinary circumstances.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court